# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **BRANDON R DOMINO #560763** | **CIVIL ACTION NO. 23-492 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **JERRY GOODWIN ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 18), and after a de novo review of the entire record, including the Objection to the Report and Recommendation ("Objection") filed by plaintiff Brandon Domino (R. Doc. 19), the Reply to the Objection filed by Defendants (R. Doc. 20), the Motion to Stay filed by Plaintiff (R. Doc. 22), and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Motion for Summary Judgment filed by Defendants Jerry Goodwin, Jake Baird and James LeBlanc (R. Doc. 16) **is GRANTED** and the Complaint filed by plaintiff Brandon R. Domino #560763 (R. Docs. 1 and 5) is **DISMISSED WITH PREJUDICE.**

THUS ORDERED AND SIGNED in Chambers this 24th day of October, 2024.

**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**